UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:
Azwar J. Quadri,

        Debtor(s).

Case No. 11 B 20465

## FINAL PRETRIAL ORDER GOVERNING MOTION TO EXTEND AUTOMATIC STAY

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before **June 2, 2011**, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

On or before **June 2, 2011**, each party will provide all other parties a copy, and shall submit to chambers, **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." In addition, if the hard copies of a party's exhibits submitted chambers exceed two 3-inch ring binders, the party must also submit the exhibits to chambers on a CD-ROM, in pdf format, with each exhibit as a separate document, and with bookmarks for major divisions and for any attachments to the exhibit. Two copies of each CD-ROM must be submitted, and each shall be labeled with the name of the case and the party on whose behalf it is submitted. Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial. Exhibits that do not appear on a party's list of exhibits will not be received in evidence.

Trial is set for **June 9, 2011 at 11:00 a.m. in courtroom 642** of the United States Courthouse, 219 S. Dearborn St., Chicago, IL. An attorney who is a member of the trial bar under the provisions of Rule 2090-1(B) of the local Bankruptcy Rules of this Court shall participate in the trial.

ENTER:

Dated: 2 6 MAY 2011

_____
Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Azwar J. Quadri, | ) | 11 B 20465 |
| | ) | |
| Debtor(s). | ) | Hon. Susan Pierson Sonderby |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of the attached **FINAL PRETRIAL ORDER** to be served on all persons identified as Registrants on the attached service list through the Court's Electronic Notice for Registrants System, and as to all other persons on the service list, I caused copies to be sent by First Class United States Mail in properly addressed envelopes with postage prepaid this 26th day of May, 2011.

_____
Shenitha Burton
Relief Courtroom Deputy

## SERVICE LIST

### Registrants Served Through the Court's Electronic Notice for Registrants System:

*Debtor(s) Attorney*

Xiaoming Wu
notice@ledfordwu.com, courtnotice@ledfordwu.com

*Chapter 13 Trustee*

Tom Vaughn
ecf@tvch13.net, ecfchi@gmail.com

### Persons Served by United States Mail

**Ernest D. Simon**
105 West Adams Street
Suite 1400
Chicago, Illinois 60603